IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LEILANI ZUTRAU, | § | |
| | § | No. 55, 2015 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Court of Chancery |
| | § | of the State of Delaware, |
| JOHN C. JANSING, | § | C.A. No. 7457-VCP |
| | § | |
| Defendant Below, | § | |
| Appellee, and | § | |
| | § | |
| ICE SYSTEMS, INC., | § | |
| | § | |
| Nominal Defendant Below, | § | |
| Appellee. | § | |

Submitted: June 26, 2015
Decided: August 26, 2015

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 26th day of August 2015, after careful consideration of the parties' briefs and the record on appeal, the Court has determined that the judgments of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Post-Trial Opinion and Order dated July 31, 2014, Letter Opinions dated December 8, 2014, and Final Order and Judgment dated January 12, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgments of the

Court of Chancery are AFFIRMED.

BY THE COURT:

_____
Justice